```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #:_____
JUAN MINYETY,                              :    DATE FILED: 12/17/2019
                          Plaintiff,       :
                                           :    19 Civ. 5273 (LGS)
        -against-                          :
                                           :             ORDER
KIDS TOWN, INC., ET AL.,                   :
                          Defendants.      :
-------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Manage Plan at Dkt. No. 33 requires the parties to file a joint status letter by December 16, 2019. The parties did not timely file this letter. It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **December 19, 2019**.

Dated: December 17, 2019
       New York, New York

_____
            LORNA G. SCHOFIELD
         UNITED STATES DISTRICT JUDGE