USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN MINYETY,

                     Plaintiff,

          -against-

KIDS TOWN, INC., ET AL.,

                     Defendants.
------------------------------------------------------------X

19 Civ. 5273 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a case management conference ("CMC") is scheduled for March 3, 2020. The Case Management Plan at Dkt. No. 33 requires the parties to file pre-motion letters, proposing any dispositive motions, at least two weeks before the CMC, or by February 18, 2020. If no motions are proposed, this case will be set for trial;

      WHEREAS, the parties did not file any pre-motion letters. It is hereby

      **ORDERED** that, unless the parties file pre-motion letters or otherwise request an extension by **February 24, 2020**, this case will be set for trial.

Dated: February 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**