UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Minyety,

                **Plaintiff,**

    -against-

Kids Town, Inc. et al.,

                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

1:19-cv-05273 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a Telephone Conference to discuss the status of this action on Tuesday, March 3, 2020, at 11:00 a.m. EST. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:    New York, New York
             February 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge