```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Juan Minyety,

                Plaintiff,

-against-

Kids Town, Inc. et al.,

                Defendants.

1:19-cv-05273 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains one or more claims arising under the Fair Labor Standards Act. The parties apprised the Court on July 3, 2018 that a settlement has been reached. (*See* Joint Letter, ECF No. 39.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

    Any such letter or motion shall be filed by Friday, April 3, 2020, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

    The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended and the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must

accompany the joint letter or motion.

The Telephone Conference scheduled for March 3, 2020 is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
              February 25, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge