# Lee Litigation Group, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020
```

April 2, 2020

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: April 2, 2020

Re:   *Minyety v. Kids Town, Inc. et al*
      Case No. 1:19-cv-5273-SDA

Dear Judge Aaron:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by two (2) weeks. The reason for this request is to allow the parties time to execute the finalized settlement agreement.

This is the parties' first request for the relief requested herein. Currently, the deadline to file the fairness is April 3, 2020.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF