# CLIFTON BUDD & DeMARIA
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

April 16, 2020

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Re:   *Juan Minyety v. Kids Town, Inc., et al.*
      Case No. 1:19-cv-05273 (SDA)

Application GRANTED. SO ORDERED.
Dated: April 16, 2020

Dear Judge Aaron:

This firm represents Defendants in the above-referenced action. Pursuant to Sections 1.A and 1.D of Your Honor's Individual Practices, we write to respectfully request a second, one-week extension of the parties' deadline to submit a joint fairness letter and settlement agreement for the Court's review, until Friday, April 24, 2020.

By Order dated February 25, 2020, *see* ECF Dkt. No. 40, Your Honor directed the parties to submit a joint letter or motion on or before Friday, April 3, 2020 advising whether the settlement in this matter is fair and reasonable. By joint-letter application filed April 2, 2020, the parties requested a first extension of this deadline until Friday, April 17, 2020, which was granted.

Defendants now seek a second, one-week extension, until Friday, April 24, 2020. While the parties have prepared a settlement agreement and a draft fairness letter, they seek additional time for the settlement agreement to be circulated, reviewed and executed by the parties. Plaintiff consents to this application. If granted, no other scheduled dates in this matter would be affected by the requested extension.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By:   Stephen P. Pischl

cc:   **VIA ECF**
      Lee Litigation Group, PLLC
      *Attorneys for Plaintiff*