**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020
```

Juan Minyety,

                Plaintiff,

-against-

Kids Town, Inc. et al.,

                Defendants.

1:19-cv-05273 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. On February 24, 2020 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 37.) On April 24, 2020 the parties submitted their proposed settlement agreement and related papers. (ECF No. 45.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

However, in light of the presumption of public access to judicial documents, *see United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995), Plaintiff is directed, no later than May 6, 2020, to file a copy of the Retainer Agreement (Ex. D) with the relevant portion of Paragraph 6 related to attorney's fees unredacted. In the alternative, Plaintiff may file a motion by that date requesting that the complete Retainer Agreement be filed under seal. Thereafter, the Court will enter an Order closing this case.

**SO ORDERED.**

DATED: New York, New York
April 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge