```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Juan Minyety,

                Plaintiff,

-against-

Kids Town, Inc. et al.,

                Defendants.

1:19-cv-05273 (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, the Court has approved the settlement in this action as fair and reasonable (*see* Order, ECF No. 46); and

WHEREAS Plaintiff has complied with the Court's Order to file on the docket a redacted version of the Retainer Agreement.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

DATED:       New York, New York
                May 7, 2020

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge